**DISMISS; and Opinion Filed September 11, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00057-CV

**SHERRELLE WILLIAMSON AND K. BARRET TOWNSEND, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 12C-012-2**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Evans

Sherrelle Williamson and K. Barrett Townsend filed their notice of appeal in this case within the fifteen-day extension period allowed by Texas Rule of Appellate Procedure 26.3, but without the required extension motion. *See* TEX. R. APP. P. 26.1, 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615 (Tex. 1997). Because the timely filing of a notice of appeal is jurisdictional, we directed Williamson and Townsend to file the extension motion and explain the reason for the late filing. *See* TEX. R. APP. P. 10.1, 25.1, 26.1. More than ten days have passed and Williamson and Townsend have neither filed the motion nor otherwise communicated with the Court. Accordingly, we dismiss the appeal. *See id.* 42.3(a).

/David W. Evans/
DAVID EVANS
JUSTICE

130057F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHERRELLE WILLIAMSON AND K.
BARRETT TOWNSEND, Appellants

No. 05-13-00057-CV            V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No.
2, Kaufman County, Texas
Trial Court Cause No. 12C-012-2.
Opinion delivered by Justice Evans.   Justices
O'Neill and Lang-Miers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee The State of Texas recover its costs, if any, of this appeal from appellants Sherrelle Williamson and K. Barrett Townsend.

Judgment entered this 11th day of September, 2013.

/David W. Evans/
DAVID EVANS
JUSTICE